**John W. LIEBER, Jr. and Susan Lieber, Plaintiffs/Respondents,**

v.

**Gary GRIZZLE and Lisa Freeman, Defendants/Appellants.**

No. 67960.

Missouri Court of Appeals, Eastern District, Division Two.

March 19, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1996.

Application to Transfer Denied May 28, 1996.

S. Todd Hamby, St. Louis, for Appellant.

Michael A. Garvin, St. Louis, for Respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

---

*ORDER*

PER CURIAM.

Defendants, Gary Grizzle and Lisa Freeman, appeal from the trial court's judgment, following a bench trial, in favor of plaintiffs, John and Sue Lieber, in plaintiffs' action for breach of residential sales contract.

We have reviewed the record and find that there was substantial evidence to support the judgment of the trial court; no error of law appears. An extended opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).